UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BETSY M. COVELL,

                        Plaintiff,

-against-                          CV No.: 1:08-cv-0665 (FJS/RFT)

RICHARD BERSAW,

                        Defendant.

*IT IS HEREBY STIPULATED AND AGREED*, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued against the defendant, Richard W. Bersaw, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: February 26, 2010                  Dated: March 9, 2010

ANDERSON & EATON, PC

By: Karl Anderson, Esq.
*Attorneys for Plaintiff*
P.O. Box 67
Rutland, Vermont 05702-0067

BURKE, SCOLAMIERO, MORTATI & HURD, LLP

By: Jeffrey Earl Hurd, Esq.
*Attorneys for Defendant*
9 Washington Square, Suite 201
P.O. Box 15085
Albany, New York 12212-5085

SO ORDERED

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

3/10/10

{A0132192.1}